## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 3:12-00008** |
| ) | **JUDGE SHARP** |
| **ARCHIE L. HENRY** ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Withdraw Plea (Docket No. 23) to which the Government has filed a response and request for hearing (Docket No. 24).

The Court will hold a hearing on the motion in conjunction with the already scheduled sentencing hearing set for July 20, 2012 at 9:00 a.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE